```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 30060
    DONNA K DANIELS HALL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-6211


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/01/2005 and was confirmed 10/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  23.00%.

     The case was dismissed after confirmation 06/23/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  CURRENT MORTG        .00            .00           .00
CODILIS & ASSOCIATES ^    NOTICE ONLY     NOT FILED           .00           .00
US BANK/RETAIL PAYMENT    SECURED          11000.00        1602.68       5324.57
US BANK/RETAIL PAYMENT    UNSECURED         5859.39           .00           .00
ACL LABORATORIES          UNSECURED       NOT FILED           .00           .00
ACCOUNT MANAGEMENT SERVI  UNSECURED       NOT FILED           .00           .00
CB USA                    UNSECURED          708.85           .00           .00
CAPITAL ONE               UNSECURED          760.77           .00           .00
NCO FINANCIAL SYSTEMS     NOTICE ONLY     NOT FILED           .00           .00
COMCAST                   UNSECURED       NOT FILED           .00           .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00           .00
CONSULTANTS IN CLINICAL   UNSECURED       NOT FILED           .00           .00
DEVRY UNIVERSITY          UNSECURED       NOT FILED           .00           .00
FIRST PREMIER BANK        UNSECURED       NOT FILED           .00           .00
ILLINOIS DEPT OF EMPLOYM  UNSECURED       NOT FILED           .00           .00
IMH LABORATORY PHYSICIAN  UNSECURED       NOT FILED           .00           .00
MEDICAL COLLECTION        UNSECURED       NOT FILED           .00           .00
MUTUAL HOSPITAL           UNSECURED         5535.65           .00           .00
NICOR GAS                 UNSECURED       NOT FILED           .00           .00
ASSET ACCEPTANCE CORP     FILED LATE        1459.14           .00           .00
SUK S LEE MD              UNSECURED       NOT FILED           .00           .00
ST MARGARET MERCY HOSPIT  UNSECURED         1292.00           .00           .00
UNITED HEALTH CARE        UNSECURED       NOT FILED           .00           .00
VILLAGE OF SAULK VILLAGE  UNSECURED       NOT FILED           .00           .00
WAL MART STORES INC       UNSECURED       NOT FILED           .00           .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE    14629.87           .00        7671.90
JEFFERSON CAPITAL SYSTEM  UNSECURED         1105.76           .00           .00
ASSET ACCEPTANCE CORP     FILED LATE         342.49           .00           .00
ISAC                      FILED LATE        6040.39           .00           .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      2,494.00                     2,494.00
TOM VAUGHN                TRUSTEE                                       1,081.85
DEBTOR REFUND             REFUND                                            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 30060 DONNA K DANIELS HALL
```

```
     Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE                 18,175.00

PRIORITY                                              .00
SECURED                                         12,996.47
    INTEREST                                     1,602.68
UNSECURED                                             .00
ADMINISTRATIVE                                   2,494.00
TRUSTEE COMPENSATION                             1,081.85
DEBTOR REFUND                                         .00
                       ---------------      ---------------
TOTALS                  18,175.00               18,175.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 09/24/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```